UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br> AMERICAN ACTION NETWORK, INC., <br><br> Intervenor Defendant. | Case No. 1:14-cv-01419 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [33] Plaintiffs' Motion for Summary Judgment shall be **GRANTED**. It is further

**ORDERED** that [36] Defendant Federal Election Commission's Cross-Motion for Summary Judgment and [38] Intervenor American Action Network's Cross-Motion for Summary Judgment shall be **DENIED**. It is further

**ORDERED** that Defendant Federal Election Commission conform with the Court's declaration within 30 days, in accordance with 52 U.S.C. § 30109.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: September 19, 2016

1